UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SECREASE,<br><br>        Petitioner,<br><br>   v.<br><br>RANDY GROUNDS,<br><br>        Respondent. | No.  2:13-cv-1565 JAM DAD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

On July 31, 2013, this court stayed this action and directed petitioner to file a motion to lift the stay within ten days of receipt of any order by the Ninth Circuit Court of Appeals granting petitioner leave to proceed with a second or successive petition in this court.  More than two years have passed since this court stayed this action.

Good cause appearing, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file a status report in this case indicating the status of his request to

/////

/////

/////

/////

1

for leave to proceed with a second or successive petition.  Petitioner shall also indicate whether and how he wishes to proceed in this action.

Dated: October 29, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
secr1565.status

2